**Order entered August 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01186-CR

### LAURA SANDERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court No. 1
### Dallas County, Texas
### Trial Court Cause No. MB10-52665-A

## ORDER

We **GRANT** appellant's August 5, 2013 motion for permission to file an out of time reply brief. The time to file appellant's reply brief is **EXTENDED** to **TWENTY DAYS** from the date of this order.

/s/      LANA MYERS
         JUSTICE